Cavanagh, J.

(concurring).

Although the majority arrives at the correct result, it unnecessarily reaches a constitutional issue. We have stated previously, “there exists a general presumption by this Court that we will not reach constitutional issues that are not necessary to resolve a case.” Booth Newspapers, Inc v Univ of Michigan Bd of Regents, 444 Mich 211, 234; 507 NW2d 422 (1993); see also Taylor v Auditor General, 360 Mich 146, 154; 103 NW2d 769 (1960). Because resolution on statutory grounds alone would suffice, I would not reach the constitutional issue.
Additionally, I write separately to note that I am concerned about the majority’s focus on original intent. As I noted in my concurrence in WPW Acquisition Co v City of Troy, 466 Mich 117, 128-130; 643 NW2d 564 (2002), the drafters’ intent is but one method among many useful in the endeavor to properly interpret our constitution.
Kelly, J., concurred with Cavanagh, J.